# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 26, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160448(36)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

MICHIGAN HEAD & SPINE INSTITUTE, PC,
      Plaintiff-Appellee,
and

BEAUMONT HEALTH and KUANDA BEY,
      Intervening Plaintiffs,

v

                                  SC: 160448
                                  COA: 345916

GEICO INDEMNITY COMPANY,
      Defendant-Appellant,
and

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
      Defendant.

SC: 160448
COA: 345916
Wayne CC: 16-012678-NF

_____/

      On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing its reply is GRANTED.  The reply submitted on December 23, 2019, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 26, 2019



Clerk